**Electronically Filed
Supreme Court
SCOT-14-0001099
15-SEP-2014
02:38 PM**

SCOT-14-0001099

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TOM I. GALINATO and MERLEE S. GALINATO,
Petitioners/Plaintiffs,

vs.

HOMESTREET BANK,
Respondent/Defendant.

---

ORIGINAL PROCEEDING
(CIV. NO. 12-1-0051(2))

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the documents submitted by Tom I. Galinato and Merlee S. Galinato, which were filed as a complaint on September 4, 2014, it appears that, based upon the information provided in the documents, this court does not have jurisdiction to provide Plaintiffs the relief they request. See HRS § 602-5 (Supp. 2013). Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawai'i, September 15, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

